```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Western Waterproofing Company, Inc.,

    Plaintiff,

–v–

Zurich American Insurance Company, et al.,

    Defendants.

20-cv-3199 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 23, 2021, Plaintiff Western Waterproofing filed a motion for a partial lift of the stay of discovery as to Western Waterproofing and Defendants BDG Gotham Residential, LLC; ZDG, LLC; and Allied World Specialty Insurance Company. Dkt. Nos. 157–58. Defendants shall file responses to the motion, if any, by September 30, 2021.

SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                       ALISON J. NATHAN
                                     United States District Judge