

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/21
```

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Michael S. McNamara
tel: +1.202.663.9386
michael.mcnamara@pillsburylaw.com

November 19, 2021

**VIA ECF**
Judge Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Western Waterproofing Co. d/b/a Western Specialty Contractors v. Zurich American Insurance Co. et al.*, Case No.: 1:20-cv-3199

Dear Judge Nathan,

We write on behalf of Defendants, Counterclaim-Plaintiffs, and Crossclaim-Plaintiffs BDG Gotham Residential, LLC ("Gotham") and ZDG, LLC ("ZDG") in regard to Plaintiff and Counterclaim-Defendant Western Waterproofing Company's ("Western") November 17, 2021, letter requesting a pre-motion conference to seek leave to file a summary judgment motion to seek dismissal of Gotham and ZDG's counterclaims against Western (Dkt. No. 182). Gotham and ZDG respectfully request that the parties' time to respond to Western's request for a pre-motion conference (Dkt. No. 182) be extended eight days, from November 22, 2021, to November 30, 2021. Gotham and ZDG have not previously requested an extension to respond to Western's letter.

Western has consented to this request.

> The Court will not hold a motion on this matter. The Court GRANTS Defendants' motions at Dkt. Nos. 183 and 186 to file responses by November 30, 2021, to Western's request for leave to file a motion for summary judgment.
>
> SO ORDERED.  /s/ Alison J. Nathan  11/22/21

Respectfully submitted,

*Michael Mc Namara*

Michael S. McNamara

cc: All Counsel of Record (Via ECF)