```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BDG GOTHAM RESIDENTIAL, LLC, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>WESTERN WATERPROOFING COMPANY, INC., et al.,<br><br>    Defendants. | 19-CV-6386 (AJN) (BCM) |
| WESTERN WATERPROOFING COMPANY, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>    Defendants. | 20-CV-3199 (AJN) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

On March 14, 2022, the Court scheduled a conference for April 12, 2022, at 10:00 a.m., in *Western Waterproofing Co., Inc. v. Zurich Am. Ins. Co., et al.*, Case No. 20-CV-3199 (*Western Waterproofing*). (Dkt. No. 237 in *Western Waterproofing*.) The Clerk of Court also docketed the scheduling order in *BDG Gotham Residential, LLC, et al. v. Western Waterproofing Co., Inc.*, Case No. 19-CV-6386 (*BDG Gotham*), which is related to (although not consolidated with) *Western Waterproofing*. (*See* Dkt. No. 93 in *BDG Gotham*.)

Since then, various parties have requested permission to appear at the conference telephonically – which the Court has granted in each instance. (Dkt. Nos. 238, 245-47, 250, 253 in *Western Waterproofing*; Dkt. Nos. 95, 97 in *BDG Gotham*.) In addition, on April 8, 2022, the parties in *BDG Gotham* requested an extension of the discovery deadlines in that action. (Dkt. No. 96 in *BDG Gotham*.)

2

In order to streamline proceedings and avoid unnecessary technical complexity, it is hereby ORDERED that the April 12 conference will take place entirely telephonically – for **all** parties – in **both** *Western Waterproofing* and *BDG Gotham*. In addition to discussing the potential resolution of certain claims in *Western Waterproofing*, the Court will address scheduling in both cases.

Fifteen minutes before the conference begins, the parties are directed to dial (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York  
       April 11, 2022

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**