UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2022

WESTERN WATERPROOFING
COMPANY, INC. D/B/A WESTERN
SPECIALTY CONTRACTORS,

MEMO ENDORSED

Plaintiffs,

v.

ZURICH AMERICAN INSURANCE
COMPANY, ALLIED WORLD SPECIALTY
INSURANCE COMPANY AND ALLIED
WORLD ASSURANCE COMPANY (U.S.)
INC., BDG GOTHAM RESIDENTIAL, LLC
AND ZDG, LLC,

Defendants,

and

STARR INDEMNITY & LIABILITY
COMPANY, NAVIGATORS INSURANCE
COMPANY, PHILADELPHIA INDEMNITY
INSURANCE COMPANY, MARKEL
AMERICAN INSURANCE COMPANY,
BERKLEY INSURANCE COMPANY,

Intervening Defendants.

No. 1:20-cv-3199-AJN-BCM
(Related Case no. 1:19-cv-6386)

Judge Colleen McMahon

6/6/2022

As all parties agree that the requested relief should be granted (or at least do not oppose same), the motion is granted. The clerk of court is directed to enter judgment in favor of Defendant Allied World Specialty Insurance Company (AWAC) and to dismiss Counts V and VI of the First Amended Complaint.

[signature]

**ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S
UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT
UNDER RULE 54(B) ON COUNTS FIVE AND SIX OF
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Allied World Assurance Company (U.S.) Inc. ("AWAC") moves, under Rule 54(b) of the Federal Rules of Civil Procedure, for an Order directing entry of a final judgment in AWAC's favor on Counts V (Breach of Contract) and VI (Declaratory Judgment) of Plaintiff, Western Waterproofing Company's ("Western") First Amended Complaint.

Dated: June 3, 2022                    Respectfully Submitted,

/s/ James J. Sanders

Kevin C. McCaffrey
kevin.mccaffrey@clydeco.us
CLYDE & CO US LLP
405 Lexington Ave., 16th Floor
New York, NY 10174
Telephone: (212) 710-3900

James J. Sanders (*pro hac vice*)
james.sanders@clydeco.us
Meghan C. Dalton (*pro hac vice*)
meghan.dalton@clydeco.us
CLYDE & CO US LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Telephone: (312) 635-7000

*Counsel for Allied World Assurance Company (U.S.) Inc.*