UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESTERN WATERPROOFING COMPANY,
INC. D/B/A WESTERN SPECIALTY
CONTRACTORS,

                    Plaintiff,

-against-                                       20 **CIVIL** 3199 (CM)
                                                           Related case 19 cv 6386

ZURICH AMERICAN INSURANCE COMPANY,                **JUDGMENT**
ALLIED WORLD SPECIAL TY INSURANCE
COMPANY AND ALLIED WORLD ASSURANCE
COMPANY (U.S.) INC., BDG GOTHAM
RESIDENTIAL, LLC AND ZDG, LLC,

                    Defendants.

STARR INDEMNITY & LIABILITY
COMPANY, NAVIGATORS INSURANCE
COMPANY, PHILADELPHIA INDEMNITY
INSURANCE COMPANY, MARKEL
AMERICAN INSURANCE COMPANY,
BERKLEY INSURANCE COMPANY,
                    Intervening Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated June 6, 2022, as all parties agree that the requested relief should be granted (or at least do not oppose same), the motion is granted and judgment is entered in favor of Defendants ALLIED WORLD ASSURANCE COMPANY U.S. (AWAC) dismissing counts V and VI of the First Amended Complaint.

**Dated:**  New York, New York

       June 7, 2022

                                                                         **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                                   **BY:**   *K. Mango*

                                                                       **Deputy Clerk**