UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTERN WATERPROOFING COMPANY, INC.,

        Plaintiff,

  -against-

ZURICH AMERICAN INSURANCE COMPANY, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/06/2023
```

20-CV-3199 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the today's status conference, it is hereby

ORDERED that:

1. Western shall respond to Allied's discovery letter-motion (Dkt. 381) no later than **July 20, 2023**. In that letter, Allied shall update the Court as to the parties' meet-and-confer efforts, and shall advise whether the dispute has been resolved or narrowed.

2. If the dispute has not been fully resolved, Allied's reply is due no later than **July 26, 2023**.

3. The Court will hold an in-person discovery conference on **August 3, 2023, at 12:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. A public audio-only line will be available for use by counsel who do not anticipate presenting argument on the letter-motion. To access the audio-only line, counsel must dial (888) 557-8511 and enter the access code 7746387 a few minutes before the start of the conference.

Dated: July 6, 2023
      New York, New York

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**