```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTERN WATERPROOFING COMPANY, INC.,

        Plaintiff,

  -against-

ZURICH AMERICAN INSURANCE COMPANY, et al.,

        Defendants.

20-CV-3199 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the today's discovery conference, Allied's letter-motion (Dkt. 381) remains under submission. No later than **August 10, 2023**, the parties shall advise the Court whether that they have resolved their remaining disputes.

Dated: August 3, 2023
       New York, New York

                            SO ORDERED.

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**