UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

WESTERN WATERPROOFING COMPANY,
INC. D/B/A WESTERN SPECIALTY
CONTRACTORS,

           Plaintiff,

    v.                                                      No. 20-cv-3199 (CM)

ZURICH AMERICAN INSURANCE
COMPANY, ALLIED WORLD SPECIALTY
INSURANCE COMPANY, ALLIED WORLD
ASSURANCE COMPANY (U.S.) INC., BDG
GOTHAM RESIDENTIAL, LLC, and ZDG,
LLC,

           Defendants,

    and

STARR INDEMNITY & LIABILITY
COMPANY, NAVIGATORS INSURANCE
COMPANY, PHILADELPHIA INDEMNITY
INSURANCE COMPANY and MARKEL
AMERICAN INSURANCE COMPANY,

           Intervening Defendants.
―――――――――――――――――――――――――――x

## DECISION AND ORDER

McMahon, J.:

    Motion for reconsideration denied with no need for a response from any opposing party. Based on information contained in Western's brief in support of its motion to dismiss BDG Gotham Residential, LLC's and ZDG, LLC's counterclaims (Dkt. No. 365 at 8), I believe the time has come to lift the stay on the pending motion to dismiss crossclaims. That motion (Dkt. No. 194), as well as Western's motion to dismiss BDG Gotham and ZDG's counterclaims (Dkt. No. 364), will be adjudicated early this fall.

Dated: August 21, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL