```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTERN WATERPROOFING COMPANY, INC., | |
| Plaintiffs, | 20-CV-3199 (CM) (BCM) |
| -against- | **ORDER** |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, et al., | |
| Defendants. | |

**Barbara Moses, United States Magistrate Judge.**

As discussed during today's telephonic status conference, the remaining parties to this action anticipate completing all discovery, including expert discovery, by December 29, 2023, as required. (*See* Dkt. 382 ¶ 4(b).)[1]

Defendant Allied World Specialty Insurance Company plans to make a motion for summary judgment, as do defendants BDG Gotham Residential, LLC and ZDG, LLC, who will move jointly. The summary judgment motions shall be filed no later than **January 10, 2024**, and shall conform to the Individual Practices and Procedures of the Hon. Colleen McMahon, United States District Judge. Opposition papers shall be filed no later than **February 9, 2024**, and reply papers shall be filed no later than **February 23, 2024**.

All claims by and against the parties listed below having been disposed of by motion (*see* Dkts. 210, 388, 410), the Clerk of Court is respectfully directed to terminate the following parties on the docket of this action:

American Zurich Insurance Company
Starr Indemnity & Liability Company
Berkley Insurance Company
Navigators Insurance Company
Philadelphia Indemnity Insurance Company
Markel American Insurance Company

---

[1] There are no pending discovery disputes among these parties. (*See* Dkts. 400, 411.)

To assist the District Judge in trial scheduling, the remaining parties shall jointly advise the Court by letter, no later than **December 1, 2023**, whether they have waived their jury trial demands.

Dated: New York, New York
       November 14, 2023

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**