UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────X

WESTERN WATERPROOFING COMPANY,
INC. D/B/A WESTERN SPECIALTY
CONTRACTORS,

        Plaintiff,

     v.                                           No. 20-cv-3199 (CM)

ZURICH AMERICAN INSURANCE COMPANY,
et al.,

        Defendants.
──────────────────────────────────────X

**ORDER**

McMahon, J.:

    Please serve a proposed judgment since it is the court's understanding that all claims have been dismissed as against all parties. If my belief is wrong, please point out what is left in this case.

Dated: April 22, 2024

                                                                                   U.S.D.J.

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/24