## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTERN WATERPROOFING COMPANY, INC. D/B/A WESTERN SPECIALTY CONTRACTORS, <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, et. al., <br><br> Defendants. | Civil Action No.: 1:20-cv-3199 <br><br> (Related Case: 1:19-cv-6386) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2024

### [PROPOSED] ORDER OF DISMISSAL

Pursuant to the Stipulation between Plaintiff, Western Waterproofing Company, Inc. d/b/a Western Specialty Contractors ("Western"), and all remaining Defendants, BDG Gotham Residential, LLC ("BDG"), ZDG, LLC ("ZDG"), and Allied Specialty Insurance Company ("Allied Specialty"), and good cause appearing, IT IS HEREBY ORDERED that all remaining claims in Western's First Amended Complaint against Allied Specialty (Count III and Count IV), BDG (Count VII), and ZDG (Count VIII), are dismissed in their entirety with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 25 April 2024

_Colleen McMahon_
The Hon. Colleen McMahon
United States District Judge